Hon. Tana Lin

Jason M. Ayres, WSBA #39141
Tara J. Schleicher, WSBA #26884
**FOSTER GARVEY PC**
1111 Third Avenue, Suite 3000
Seattle, WA 98101
Telephone: (503) 228-3939
Jason.Ayres@foster.com
Tara.Schleicher@foster.com

Keith Ketterling (*pro hac vice*)
Lydia Anderson-Dana (*pro hac vice*)
Madeleine Holmes (*pro hac vice*)
Erin E. Roycroft (*pro hac vice*)
Anuj Shah (*pro hac vice*)
**STOLL STOLL BERNE LOKTING & SHLACHTER, P.C.**
209 SW Oak Street, Suite 500
Portland, OR 97204
Telephone: (503) 227-1600
Facsimile: (503) 227-6840
kketterling@stollberne.com
landersondana@stollberne.com
mholmes@stollberne.com
eroycroft@stollberne.com
ashah@stollberne.com

*Counsel for Defendant Columbia Bank*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LI TAN, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

COLUMBIA BANK, formerly known as UMPQUA BANK and successor by merger to COLUMBIA STATE BANK, an Oregon state-chartered commercial bank,

Defendant.

Case No. 2:26-cv-03831-TL

DECLARATION OF ERIN ROYCROFT IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS CLASS ACTION COMPLAINT

I, Erin E. Roycroft, declare that:

1. I am an attorney with the law firm of Stoll, Stoll, Berne, Lokting & Shlachter P.C., and am one of the attorneys for Defendant Columbia Bank in the above-captioned matter. This declaration is based on my personal knowledge and, if called to testify to the following facts, I could and would competently do so.

2. I submit this declaration in support of Defendant's Motion to Dismiss.

3. Attached hereto as Exhibit 1 is a true and correct copy of the Complaint filed in *Tan v. Christensen*, No. 23-2-12786-2 SEA, in the Superior Court of Washington, King County, on July 14, 2023. This exhibit was downloaded from the publicly-available docket on November 16, 2026, and is attached hereto for the Court's convenience.

4. Attached hereto as Exhibit 2 is a true and correct copy of the subpoena issued by attorneys for Plaintiff in *Tan v. Christensen*, No. 23-2-12786-2 SEA, to Columbia Bank, on July 26, 2023.

5. Attached hereto as Exhibit 3 is a true and correct copy of the Declaration for Records of Regularly Conducted Business Activity from Columbia Bank sent to Plaintiff in response to the subpoena discussed *supra* at Paragraph 4.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 16, 2026

Respectfully Submitted,

STOLL STOLL BERNE LOKTING &
SHLACHTER, P.C.

By: *s/ Erin E. Roycroft*
Erin E. Roycroft (*pro hac vice*)
eroycroft@stollberne.com

209 SW Oak Street, Suite 500
Portland, OR 97204
Telephone: (503) 227-1600
Facsimile: (503) 227-6840

*Attorneys for Defendant Columbia Bank*