# EXHIBIT 3

UMPQUA BANK

Operations Legal Process Management
Subpoena Processing
PO Box 1820
Roseburg, OR 97470

| **DECLARATION FOR RECORDS OF REGULARLY CONDUCTED BUSINESS ACTIVITY** | |
|---|---|
| **Re: Chris Christensen, et al** | **Our Reference #: 23-554** |
| **Reference/Case #: 23-2-12786-2 SEA** | **Date Served: 07/26/2023** |
| **Entity Served: Umpqua Bank (the "Bank")** | |

I, Karen Parker, declare that I am employed by Umpqua Bank in the Operations Legal Process Management Department (the "Department") and the Bank's designated duly authorized custodian of records for documents and/or information produced under the above referenced legal order. The Bank reserves its right to designate another custodian, as it deems appropriate in the event an actual appearance is required concerning the records produced herein. I certify the authenticity of the records produced herewith and that they were:

A) Made at or near the time of the occurrence, condition or event of the matters set forth by, or from information transmitted by, a person with knowledge of those matters.

B) Kept in the course of regularly conducted activity.

C) Made by the regularly conducted activity as a regular practice, by the personnel of the business.

**The identities of the records produced herewith are as follows:**

☒ Signature Card(s) ☒ Statement(s) ☒ Cashiers' Check(s)

☒ Deposit(s)/Credit(s) ☒ Check(s)/Withdrawal(s) ☒ Wire Transfer(s)

☒ Other: Documents to support Signature Cards

**Records necessary for compliance may have been limited as indicated below:**

☐ The Bank **does not possess any of the records** as described in the above referenced legal order.

☐ The enclosed records are true copies of all responsive bank records in the custodian's possession as described in the above referenced legal order. This constitutes **final** production, unless notified otherwise.

☒ The enclosed records are true copies of all responsive bank records. This submission constitutes **only part** of the records in the custodian's possession as described in the above referenced legal order. Per agreement with John Bender, Umpqua Bank will do a "rolling production", with responses on 08/04/2023, 08/11/2023 and 08/18/2023.

☐ The Bank and/or the Department received notification that **no further production is required**. File closed.

☐ Compliance with the above referenced legal order was **limited to the following** through agreement with the requesting party:

☐ The Bank is **unable to provide the following records** as described in the above referenced legal order:

Imaged copies of requested transactions may be missing for the following reasons: Item(s) not imaged or not available. Items piggybacked on other imaged items or other reasons may prevent the Bank from completing a thorough search of records. The Bank's Operations Legal Process Management Department will direct compliance for credit card, various types of loan information, and other non-depository information subject to the above referenced legal order.

I am familiar with the **mode of preparation** of the enclosed records. They were prepared as follows:

☒ Signature Card(s): The customer(s) whose name appears on the signature card/account application and agreement form submitted the form to us requesting checking and/or savings account(s). The customer(s) submitted personal and financial information which were relied upon by the Bank. The customer(s) signed the form. The Bank opened the savings and/or checking account(s) listed on the signature card. The signature card was stored at and retrieved from the Bank's designated retention site(s).

☒ Check(s): The check(s) drawn on the customer(s) account(s) were presented to the Bank and paid. During the process of paying the check(s), an image of the front and back of the check(s) is taken in the sequence the check(s) is processed by the Bank. The image is then stored in the Bank's secured facilities. In response to this legal order, the Bank retrieved and produced an image of the check(s).

☒ Withdrawal Slip(s)/Deposit(s): The withdrawal(s) (as evidenced by a withdrawal slip) made by customer at a teller window and all deposits made either at a teller window or through an ATM are processed by the Bank at designated central processing centers. When the transaction is processed, an image of the front and back of the item is taken in the sequence the item is processed by the Bank. The image is then stored in the Bank's secured facilities. In response to this legal order, the Bank retrieved and produced an image of the withdrawal slip(s)/deposit(s).

☒ Statement(s): Each monthly statement was prepared immediately after the closing date of the monthly account cycle as indicated on the statement(s). The statement(s) accurately reflects all debit entries (checks, point of sale, ATM, teller withdrawals, fees, etc.) and credits (deposits, etc.) which occurred on the account(s) during the monthly account cycle.

☒ Other: Original records were prepared or received at or near the time of their creation and were stored by Bank in the ordinary course of business. Upon receipt of this subpoena, we searched and retrieved the original records and prepared a true and correct copy using generally accepted photocopying techniques.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 4th day of August, 2023, in the City of Roseburg, State of Oregon.

Karen Parker

Subpoena Processing
Name: Karen Parker
Phone: 866-486-7782

Imaged copies of requested transactions may be missing for the following reasons: Item(s) not imaged or not available. Items piggybacked on other imaged items or other reasons may prevent the Bank from completing a thorough search of records. The Bank's Operations Legal Process Management Department will direct compliance for credit card, various types of loan information, and other non-depository information subject to the above referenced legal order.